**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**PATRICIA PAISLEY,**

      **Plaintiff,**

**v.**                                   **Case No.  8:09-cv-2248-T-33TGW**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

_____/

## <u>ORDER</u>

THIS CAUSE comes before the Court upon Plaintiff's Motion to Set Aside Order of Dismissal and to Reinstate Case (Dkt. #9).  Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1.      Plaintiff's Motion to Set Aside Order of Dismissal and to Reinstate Case (Dkt. #9) is GRANTED.

2.      The Order of Dismissal (Dkt. #7) entered on April 7, 2010, is hereby VACATED.

3.      The Clerk shall re-open this case.

4.      Plaintiff shall effectuate service upon Defendant within thirty (30) days of the date of this Order.

**DONE** and **ORDERED** in Tampa, Florida on December 16, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

S:\Even\2009\09--cv-2248.reopen 9.frm