UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PATRICIA PAISLEY,

    Plaintiff,

v.     CASE NO:  8:09-CV-2248-T-30TGW

MICHAEL J. ASTRUE, Commissioner of
Social Security,

    Defendant.
_____/

# ORDER

THIS CAUSE comes before the Court upon the Defendant's Unopposed Motion to Remand (Dkt. #17).  Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. Defendant's Motion to Remand (Dkt. #17) is **GRANTED**.

2. This case is remanded for further administrative action.

3. The Clerk is directed to CLOSE this file and terminate any pending motions as moot.

**DONE** and **ORDERED** in Tampa, Florida on March 8, 2011.

                                                    _____
                                                    JAMES S. MOODY, JR.
                                                    UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record

*S:\Even\2009\09-cv-2248.remand 17.wpd*